UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK,

    Plaintiff,

v.

JAMES ESSHAKI, ET AL.,

    Defendants.
_____/

No. 17-11016

District Judge George Caram Steeh
Magistrate Judge R. Steven Whalen

# OPINION

For the reasons and under the terms stated on the record on July 10, 2018, Plaintiff's Motion to Set Aside Installment Payment Order [Doc. #67] is DENIED WITHOUT PREJUDICE.

    IT IS SO ORDERED.


Dated: July 10, 2018

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

---

# CERTIFICATE OF SERVICE

    I hereby certify on July 10, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on July 10, 2018.

s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen